

DATE FILED: 12/14/20

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

December 11, 2020

**MEMO ENDORSED**

BY ECF

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10601

                        Re:  Daniel Boland v. Comm'r of Soc. Sec.
                             20 Civ. 7312 (ER) (BCM)

Dear Judge Moses:

     Pursuant to the schedule in the above-referenced Social Security case, the administrative record is due on December 14, 2020.  We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until February 12, 2021.  The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.  No prior adjournment has been requested in this matter.  We appreciate the Court's consideration of this request.

                                                Respectfully,

                                                AUDREY STRAUSS
                                                Acting United States Attorney

                        By:          s/  *Susan D. Baird*
                               SUSAN D. BAIRD
                               Assistant United States Attorney
                               tel. (212) 637-2713
                               Susan.Baird@usdoj.gov

cc: Daniel A. Osborn, Esq.

> Application GRANTED. The Commissioner shall file the administrative record no later than **February 12, 2021**. SO ORDERED.
>
> /s/ Barbara Moses
>
> Barbara Moses, U.S.M.J.
> December 14, 2020