# OSBORN LAW P.C.

Daniel A. Osborn, Esq.  43 West 43rd Street, Suite 131  Email: info@osbornlawpc.com
Lindsay M. Trust, Esq.   New York, New York 10036   www.osbornlawpc.com
                         Phone: 212-725-9800
                         Facsimile: 212-500-5115

**MEMO ENDORSED**

March 15, 2022

**VIA ECF**

Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 100071

> As noted in Judge Moses' Report & Recommendation, written objections and requests for extensions of time to file objections are to be addressed to the District Judge. Doc. 36 at 23. Plaintiff's request for an extension of time to March 29, 2022 to file any objections to the Report & Recommendation is granted.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 03/15/2022
> New York, New York

Re:   *Boland v. Commissioner of Social Security,*
      Civil Action No. 1:20-cv-07312-ER-BCM

Dear Judge Moses,

We write on behalf of plaintiff, Daniel M. Boland, to request an additional 14 days to assess whether to file, and file, objections to the Court's Report & Recommendation dated March 1, 2022. The new due date would be March 29, 2022. We e-mailed counsel for the Agency, Ms. Baird, yesterday, to obtain consent to our request but have not yet received a response.

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn

Honorable Barbara Moses
March 15, 2022
Page 2

>OSBORN LAW, P.C.
>43 West 43rd Street, Suite 131
>New York, New York 10036
>Telephone:     212-725-9800
>Facsimile:     212-500-5115
>dosborn@osbornlawpc.com

cc: Susan Baird, Esq. (by ECF)