UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DANIEL M. BOLAND,

                Plaintiff,
-against-                                 20 **CIVIL** 7312 (ER)(BCM)

                                                     **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2022, Judge Moses' Report is adopted in full. Boland's motion for judgment on the pleadings is DENIED and the Commissioner's cross-motion is GRANTED, and the case is dismissed. In addition, the parties' failure to file written objections precludes appellate review of this decision. PSG Poker, LLC v. DeRosa-Grund, No. 06 Civ. 1104 (DLC), 2008 WL 3852051, at *3 (S.D.N.Y. Aug. 15, 2008) (citing Male Juvenile, 121 F.3d at 38); accordingly, the case is closed.

**Dated:** New York, New York

        March 31, 2022

                                                     **RUBY J. KRAJICK**

                                                         Clerk of Court

                          BY:

                                                         **Deputy Clerk**